

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Rickey Lavelle Taylor,

* From the 244th District
Court of Ector County,
Trial Court No. A-39,256.

Vs. No. 11-12-00317-CR

* November 26, 2014

The State of Texas,

* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in one of the judgments below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court in count one to delete the $3,000 fine. As modified, we affirm the judgment in count one. We affirm the judgment of the trial court in count two.